■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SERRANO, Appellant. [816 NYS2d 397]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about February 1, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Marlow, Sullivan, Gonzalez and Sweeny, JJ.